# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0333. WILLIAMS v. THE STATE**

This case was docketed in this Court on September 20, 2021, and appellant's brief and enumerations of error were due October 12, 2021, On October 26, 2021, we dismissed the appeal due to appellant's failure to file a brief. On November 10, 2021, this Court received appellant's motion for an extension of time in which to file, which he had actually filed on October 12, 2021. Given the mailing delay, we then granted appellant's motion, reinstated the case, and gave appellant 30 days to file, making his enumerations of error and brief due by December 7, 2021. But as of December 30, 2021, appellant had not filed a brief, and thus, we again dismissed his appeal.

On January 4, 2022, appellant, once again, filed a motion for an extension of time in which to file his brief. Specifically, appellant requests an extension of 90 days, explaining that he has yet to be provided with the record and trial transcripts, despite this Court's directive that the Clerk of the Superior Court of Clayton County provide him with such on an expedited basis. However, this Court is constitutionally mandated to "dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." GA. CONST. Art. 6, § 9, ¶ II. Consequently, given that appellant was previously afforded a 30-day extension, his motion for a 90-day extension of time to file is DENIED.

Nevertheless, given appellant's difficulty in obtaining the record and transcript from the Clerk of the Superior Court of Clayton County, we hereby REINSTATE appellant's case and REMAND it to the trial court until such time that appellant

obtains the record and transcript. And, again, we direct the Clerk of the Superior Court of Clayton County to provide appellant with such on an expedited basis  Once obtained, appellant may file a notice of appeal so that this case can be re-docketed.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   *01/12/2022*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*